AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SEAN COREY MCKENZIE | ) | Case No. |
| | ) | 3:21-mj- 1208-PDB |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 4, 2021-February 22, 2021  in the county of  Duval  in the

Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Attempted production of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Leigh Jackson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   3/26/2021

_____
*Judge's signature*

City and state:         Jacksonville, Florida

Patricia D. Barksdale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Leigh Jackson, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since August 2010. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving among other criminal offenses, the sexual exploitation of children. Prior to this assignment, I was employed as a Commissioned Officer in the United States Coast Guard for approximately 4 years. I hold Bachelor's Degrees in Criminal Justice and Psychology. I have also received law enforcement training from the FBI Academy at Quantico, Virginia. Prior to the Jacksonville, Florida Division of the FBI, I was assigned to San Antonio, Texas, San Juan, Puerto Rico and Miami, Florida Divisions of the FBI, where my primary responsibilities included the investigation of international terrorism. Since transitioning to the Jacksonville, Florida Division, I am a member of the Jacksonville, Florida Division's Evidence Response Team (ERT) and have been so since approximately February 2019. In performance of my duties, I have been involved in searches of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography during the execution of search warrants. In my current position, I have worked with experienced Special Agents who also investigate child exploitation offenses, and have assisted in the prosecution of cases involving these offenses.

2.      Specifically, I have assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C.

§§ 2251, 2252, and 2422(b). As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on information I obtained from my personal observations, as well as from records and information directly provided to me by experienced law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the following criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that SEAN COREY MCKENZIE has committed a violation of 18 U.S.C. § 2251(a) and (e), that is, attempted production of child pornography.

4.      I make this affidavit in support of a criminal complaint against SEAN COREY MCKENZIE, a/k/a "yungb16115," that is, during the period from on or about January 4, 2021 through on or about February 22, 2021, in the Middle District of Florida, SEAN COREY MCKENZIE, a/k/a "yungb16115," did attempt to employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e).

5.      On or about March 8, 2021, I reviewed an investigative lead from the FBI

Milwaukee Division that had been sent to the FBI Jacksonville Division for further investigation. This investigative lead consisted of documents and other materials, and during my review of these materials I learned, among other things, the following:

a.      On or about May 4, 2020, Detective James Megna of the Winnebago County Sheriff's Department, located in Wisconsin, began a proactive undercover investigation using a particular social media application ("Chat Application A") in an effort to identify individuals attempting to sexually exploit children using the Internet. Based on my training and experience and conversations with other investigators, I learned that Chat Application A is often used by individual users to meet online, engage in conversation through private messages, and share photographs and other content. I also learned that the use of Chat Application A necessarily involves the use of the Internet, which I know to be a facility of interstate commerce. Based on my training and experience and conversations with other investigators, I also learned that Chat Application A is often used by individuals who have a sexual interest in children as a platform to identify other like-minded individuals to trade, distribute, and receive child pornography.

b.      While acting in an undercover capacity, Detective Megna (the "UC") joined multiple public chat groups, the titles of which appeared indicative of groups that would attract users engaged in the trading of child pornography and sexual exploitation of children. From the public chat groups, the UC was added to multiple other private chat groups, one of which was titled "Mumma's Boys." While a member of this particular private chat room group, the UC observed users openly engaging in

3

the distribution, exchange, and receipt of child pornography over the Internet.

      c.      On or about May 14, 2020, the UC observed user "yungb16115" upload one video of child pornography to the private chat room group using Chat Application A. The UC described the video as depicting "a nude prepubescent female approximately 6 to 9 years old lying on her back. An adult male is forcing his erect penis into her mouth and eventually ejaculates into her mouth."

      d.      On or about May 21, 2020, the UC observed user "yungb16115" upload one video of child pornography to the same private chat room group using Chat Application A. The UC described this video as depicting "a nude toddler female seated on a toilet seat. An adult male is masturbating over the top of her and eventually ejaculates onto her chest and face."

      e.      On or about May 27, 2020, the UC observed user "yungb16115" upload one video of child pornography to the same private chat room group using Chat Application A. The UC described this particular video as "a nude prepubescent male approximately 4 to 5 years old wearing only a blue mask. A nude adult female is also in the scene wearing only a blue mask. The adult female forces the prepubescent male to touch her vagina and then touches his penis." The UC observed user "yungb16115" upload a total of 6 videos to this same private chat room group.

      f.      On or about May 29, 2020, the FBI Milwaukee Division, who works with the Winnebago County Sheriff's Department in child exploitation investigations, served an administrative subpoena on the company that owns Chat Application A, seeking subscriber information for the app user "yungb16115." On or

about June 26, 2020, the company that owns Chat Application A provided responsive documents to this subpoena, which I have reviewed. The responsive documents listed the name of the user as "Sean Daddy Mac," the email address as "yungbz@gmail.com," and frequent IP logins from IP address 66.177.139.219 from May 26, 2020 to June 18, 2020. The account registration date for the account was listed as January 11, 2020. The registration client information listed the device type as "android" and model as "SM-A115U."

g.      On or about July 1, 2020, an administrative subpoena was served by the FBI Milwaukee Division on Comcast, requesting identifying information for the subscriber of the account that was assigned to IP address 67.177.139.219 on May 27, 2020, which is one of the dates the app user "yungb16115" was known to use that IP address. On or about July 8, 2020, Comcast provided responsive documents to the subpoena, which I have reviewed. The responsive documents listed the subscriber of the account that used IP address 67.177.139.219 on May 27, 2020 as "Donald McKenzie," with a service address of 12012A Pulaski Road, Jacksonville, Florida 32218. The telephone numbers listed for this account was 904-521-0674.

6.      On or about March 8, 2021, I reviewed the three videos described within the Winnebago County Sheriff's Office Case Report Narrative, depicting minors engaging in sexually explicit conduct that were captured and preserved by the UC and that were uploaded over the Internet by user "yungb16115" in the private chat room group on Chat Application A from May 14, 2020 to May 27, 2020, as set forth above. Based on my training and experience and conversations with other experienced law

enforcement officers and personnel, I concluded that each video contained visual depictions of minors engaged in sexually explicit conduct and constitutes child pornography pursuant to pursuant to 18 U.S.C. § 2256. Since the child pornography videos uploaded by user "yungb16115" were captured by the UC directly from the app, the titles of the videos were altered (that is, renamed) to conform with the technical requirements of the UC's undercover device.

7.      On or about March 9, 2021, at my request, FBI Jacksonville Division Operational Support Technician Grace Meyer, conducted a search within the Florida Driver and Vehicle Information Database for listed residents associated with 12012A Pulaski Road, Jacksonville, FL 32218. The results identified MCKENZIE, as well as three other residents. Based on my review, I believe the photo associated with MCKENZIE's Florida driver's license matched the photo associated with the account profile for user "yungb16115."

8.      On or about March 15, 2021, I, together with another FBI agent conducted a consensual interview of MCKENZIE at 1130 Regis Road, Jacksonville, Florida 32218. During the interview, MCKENZIE stated, in summary and among other things, the following:

a.      MCKENZIE advised he has lived at 1130 Regis Road, Jacksonville, Florida 32218 for his entire life. MCKENZIE also uses the address 12012 1 Pulaski Road, Jacksonville, Florida 32218, which he confirmed is listed on his Florida driver's license. He stated the 12012 1 Pulaski Road and 1130 Regis Road addresses are associated with the same residence. [I have reviewed a map of the area

and they appear to be located on the same property, but only 12012 Pulaski Road is visible on the map, while 1130 Regis Road is what is located on the mailbox with the name "MCKENZIE' on it.]. MCKENZIE has Internet at his residence that he connects through the Wi-Fi with his cellular phone. MCKENZIE has no other devices he uses to connect to the Internet. MCKENZIE's cellular phone automatically connects to the Internet and he believes he initially had to input the password in order to obtain access. MCKENZIE's cellular phone is a Samsung Galaxy A11. The service provider is Verizon. He uses a four (4) digit pin code to access his cellular phone and he is the only person who knows the pin code.

      b.    MCKENZIE advised he uses Facebook and SnapChat. When asked about Chat Application A, MCKENZIE stated he used Chat Application A "yesterday." He downloaded Chat Application A to his Samsung Galaxy A11 and uses it to "talk to people." When asked why he believed FBI agents wanted to speak with him, MCKENZIE stated it was probably because he used a Chat Application A account with username "Deandre Miller" to act as someone he was not. MCKENZIE further stated he used that account to request minor females to take "nude" photos of themselves. MCKENZIE agreed the photos were sexually explicit. MCKENZIE stated he made money selling the sexually explicit photos of minor females and estimated his total profit to be between $30.00 and $40.00. When asked about additional Chat Application A accounts and usernames, MCKENZIE did not provide any additional accounts. FBI Agents showed MCKENZIE an image displaying the Chat Application A profile associated with username "yungb16115" and display name

"Sean Daddy Mac." When asked if he uses this account, MCKENZIE initially stated "yeah maybe" and then acknowledged it was his account. MCKENZIE advised he used that account and accessed it from Chat Application A installed on his Samsung Galaxy A11 cellular phone. When asked if he uploaded child pornography from his Chat Application A account with username "yungb16115," MCKENZIE initially stated "it may have happened" and then stated "it's happened."

        c.     MCKENZIE used his Chat Application A account with username "yungb16115" to communicate with females he believed to be minors and asked them to take sexually explicit photos and videos of themselves. MCKENZIE received sexually explicit photos and videos as a result of his requests. MCKENZIE provided the Chat Application A username "kyla641" and display name "Daddy kyla," an account he believed to be associated with a minor female approximately 15 years old. He requested sexually explicit photos and videos of this user and showed FBI agents where he stored them on his cellular phone. MCKENZIE has been viewing and trading child pornography and requesting minor females take sexually explicit photos of themselves for approximately six years and acknowledged it was illegal. MCKENZIE stated he traded child pornography a few days ago on Chat Application A and that he sought out Chat Application A chat rooms with titles indicative of having minors in them. MCKENZIE masturbated to the child pornography privately almost every time he viewed it and that was the purpose of viewing child pornography. MCKENZIE agreed the protection of children is important and child pornography traders and producers are harmful to children. He further agreed child pornography

traders and producers are potentially considered a danger to the community and added "it's not good." When asked if child pornography traders and producers should be allowed on the streets, MCKENZIE responded "no." When asked what should happen to someone who trades child pornography, MCKENZIE responded "I don't know" but stated they could get "locked up."

     d.    MCKENZIE provided written and verbal consent to search his Samsung Galaxy A11 cellular phone. MCKENZIE stated he felt a sense of relief speaking with FBI agents because he has never told anyone else nor has he been caught, referring to viewing and trading child pornography and requesting minor females take sexually explicit photos of themselves. MCKENZIE's cellular phone was transported directly to the FBI Jacksonville Field Office, located at 6061 Gate Parkway, Jacksonville, Florida 32256 and checked into the evidence control room.

     e.    On March 23, 2021 and March 24, 2021, I reviewed a forensic image of MCKENZIE's Samsung Galaxy A11 cellular phone and observed that it contained at least 10 videos depicting minors engaged in sexually explicit conduct. These videos involved toddlers and prepubescent children engaged in sexually explicit conduct. I observed MCKENZIE's Samsung Galaxy A11 had access to a Chat Application A account with username "yungb16115." The Samsung Galaxy A11 device contained approximately 1,383 message conversations between user "yungb16115" and other Chat Application A users where the exchange of images, videos and/or links occurred or were discussed that involved the exchange of child pornography.

9.    I have reviewed a Chat Application A message conversation between Chat Application A user "yungb16115" and Chat Application A user "daddy.little.girl190" that occurred from January 4, 2021 to February 22, 2021. The conversation is set forth as follows:

| | |
|---|---|
| "daddy.little.girl190": | Why |
| "yungb16115": | depression |
| "yungb16115": | [sent a color image of a dog licking an age difficult female's vaginal area] |
| "yungb16115": | Im done sending you stuff you just ignore |
| "daddy.little.girl190": | I'm sorry I won't ignore you I'm just trying to calm down |
| "yungb16115": | Yeah you will i know you will |
| "daddy.little.girl190": | I just really care about him and the possibility he's dead hurtd |
| "yungb16115": | Well what happened |
| "daddy.little.girl190": | It's a long story |
| "yungb16115": | well im sorry |
| "daddy.little.girl190": | It's ok |
| "yungb16115": | ill leave ya alone |
| "daddy.little.girl190": | No |
| "yungb16115": | why |
| "daddy.little.girl190": | Because I don't want to be alone |

10

| | |
|---|---|
| "yungb16115": | okay what are you doing |
| "daddy.little.girl190": | I just showered |
| "yungb16115": | nice |
| "daddy.little.girl190": | Ya |
| "yungb16115": | you didnt let me see aha |
| "daddy.little.girl190": | Hehe |
| "yungb16115": | why didnt you show me for |
| "yungb16115": | ignored |
| "yungb16115": | bye |
| "daddy.little.girl190": | Sorry I fell asleep |
| "yungb16115": | its ok |
| "daddy.little.girl190": | Hru |
| "yungb16115": | hey how are you |
| "daddy.little.girl190": | Sorry I was at therapy I'm goid |
| "daddy.little.girl190": | Good |
| "yungb16115": | What u doin |
| "daddy.little.girl190": | Laying down |
| "yungb16115": | hey babe |
| "yungb16115": | ok |
| "daddy.little.girl190": | Sorry I've been busy |
| "daddy.little.girl190": | But I just got my first vibratorrr |
| "yungb16115": | How did you get that babe |

11

"yungb16115":            from where

"daddy.little.girl190":  The Adam and eve website

"yungb16115":            did it already come in

"daddy.little.girl190":  Yess

"yungb16115":            When you going to use it for me

"daddy.little.girl190":  [sent an approximately 14 second (0:14) color
                         video of a pink-colored cylindrical object
                         being inserted into and rubbed across an age
                         difficult female's vagina.]

"daddy.little.girl190":  It hurts to put in I'm to tight

"yungb16115":            [sent a color image depicting what appeared
                         to be an adult engaging in bestiality.]

"daddy.little.girl190":  I'm soaking wet..

"yungb16115":            let me see you deep throat it baby

"daddy.little.girl190":  I'll try

"yungb16115":            ok baby

"daddy.little.girl190":  [sent an approximately 14 second (00:14)
                         color video of an age difficult female lying
                         down and inserting a pink-colored cylindrical
                         object into her mouth.]

"yungb16115":            so your dad didnt say anything about it

"daddy.little.girl190":  He doesn't know

"yungb16115":    So i can order you some stuff one day

"daddy.little.girl190":    If you want

"yungb16115":    Okay then i will babe

"daddy.little.girl190":    I've never used a vibrator before it feels so good

"yungb16115":    Hell yeah baby maybe one night your brother can join you in the room

"daddy.little.girl190":    Maybeee

"yungb16115":    i doubt it aha

"daddy.little.girl190":    I wish you could join me

"yungb16115":    fuck yeah baby have you vibrated that asshole with it

"daddy.little.girl190":    No would that feel good

"yungb16115":    Im not sure baby want to try it for me an show me

"daddy.little.girl190":    Not rn

"yungb16115":    ok

"daddy.little.girl190":    Hehe

"yungb16115":    did you cum

"daddy.little.girl190":    Multiple times

"yungb16115":    goodjob my little slut

"daddy.little.girl190":    Hehe I like that

13

"yungb16115":          you like what babe

"daddy.little.girl190":    When you call me your little slut

"yungb16115":          yesss my dirty sexy little underage slut

"daddy.little.girl190":    Do you like that I'm underage hehe

"yungb16115":          love it babe

"daddy.little.girl190":    I do too

"yungb16115":          fuck yeah baby

"daddy.little.girl190":    Can I see another videooo

"yungb16115":          [sent a color image of a prepubescent female child lying on her back who appears to be nude from the chest up. I believe this is a prepubescent child based on lack of breast development and child-like facial features. An adult male is positioned over the top of the female child holding his erect penis over her mouth which is the focal point of the image. The female child's mouth is open.]

"yungb16115":          You got any of you fully naked i can see

"daddy.little.girl190":    No let me take one

"yungb16115":          ok baby

"daddy.little.girl190":    [sent a color image of an age difficult female's midsection exposing her breasts.]

14

"yungb16115":          god damn you look good naked baby

"daddy.little.girl190":     I'm chubby..

"yungb16115":          your fucking sexy baby

"daddy.little.girl190":     It's not a bad thing?..

"daddy.little.girl190":     I thought guys only like skinny skinny girls

"yungb16115":          fuck no you look perfect

"yungb16115":          Perfect tittys nice juicy ass a pretty little bald pussy

"daddy.little.girl190":     Hehe

"daddy.little.girl190":     I feel so good

"yungb16115":          good baby ☺

"daddy.little.girl190":      Can I see your dick.. and maybe more videos

"yungb16115":          [sent a color image of a fully nude prepubescent female child lying on her back exposing her vagina, which is the focal point of the image. I believe this is a prepubescent child based on lack of pubic hair and diminutive body size.]

"daddy.little.girl190":      Can I see moreee

"yungb16115":          [sent a color image of an age difficult female engaged in bestiality.]

15

"daddy.little.girl190":      Her pussy is so tiny

"yungb16115":      [sent a color image of an age difficult female engaged in bestiality.]

"yungb16115":      make me a naked video play with them titties for me an stuff an i wanna see your pretty face in it to

"daddy.little.girl190":      But I'm not pretty without a filter

"yungb16115":      I promise daddy will love it baby

"daddy.little.girl190":      It's not letting me take a videooooo

"daddy.little.girl190":      Ughhh

"yungb16115":      why baby

"yungb16115":      [sent an indeterminate color image.]

"yungb16115":      try it again or just take me a naked nude with your face

"yungb16115":      hmm

"daddy.little.girl190":      [sent an approximately 10 second (00:10) video with audio of an age difficult female touching and squeezing her exposed breasts.]

"daddy.little.girl190":      Sorry it's bad

"yungb16115":      its not bad at all baby

"daddy.little.girl190":      I want you here

"yungb16115":      i do to baby

16

"daddy.little.girl190":    I never knew vibrators would feel this good

"yungb16115":               im glad we got it to play with now babe

"daddy.little.girl190":    Can I see your dickkk

"yungb16115":              [sent a color image of an adult male holding

                                       his erect penis.]

"daddy.little.girl190":    That's big..

"yungb16115":              Its your job to keep that dick pleased now

"daddy.little.girl190":     Really..

"yungb16115":              yes it is babe

"daddy.little.girl190":    Hehe

"yungb16115":              hey my whore

"daddy.little.girl190":    Oops, it looks like [A's] phone has been

                                       off/disconnected for a while. We'll deliver

                                       your message when they connect again. [This

                                       appears to be an automatic response when

                                       the user is offline sent by this user.]

"daddy.little.girl190":    Hi

"yungb16115":              wheres my whore been

"daddy.little.girl190":    Grounded

"yungb16115":              what did you do

"daddy.little.girl190":    Nothing my dad was just in a bad mood

"yungb16115":              wanna suck ya brother today

| | |
|---|---|
| "yungb16115": | or no |
| "daddy.little.girl190": | Sorry I had school work and not really |
| "yungb16115": | why dont you want to touch his dick babd |
| "daddy.little.girl190": | I'm scared |
| "yungb16115": | Dont be scared baby. Like start with a slow massage then slowly work your way to his dick |
| "yungb16115": | Dont go for the dick first |
| "daddy.little.girl190": | He would tell my dad.. |
| "yungb16115": | He might not babe |
| "yungb16115": | Have to try it |
| "daddy.little.girl190": | Now I'm wet.. |
| "yungb16115": | wheres your brother at |
| "daddy.little.girl190": | His moms |
| "yungb16115": | Alright then would rather get naked now an do some videos i tell you to do |
| "daddy.little.girl190": | Not really |
| "yungb16115": | Bad fucking girl |
| "daddy.little.girl190": | Sorry.. |
| "daddy.little.girl190": | [sent an approximately 13 second (00:13) video with audio of an age difficult female rubbing a pink-colored cylindrical object over |

|  |  |
|---|---|
|  | her underwear-covered vaginal area which is the focal point of the video frame. An audible vibration can be heard in the background.] |
| "yungb16115": | take that fucking top off and look at daddy an smile like a good little girl |
| "daddy.little.girl190": | [sent a color image of an age difficult female with her exposed breasts.] |
| "yungb16115": | slide them panties off my baby. And look at daddy an let me see that face while you vibratin [sic] that clit |
| "daddy.little.girl190": | [sent an approximately 14 second (00:14) color video with audio of an age difficult female with her exposed breasts. An audible vibration can be heard in the background.] |
| "yungb16115": | [sent an approximately 11 second (00:11) color video with audio of an adult male masturbating.] |
| "yungb16115": | just like that baby do it on your clit an go back an forth with your face an clit |
| "yungb16115": | bad fucking girl |
| "daddy.little.girl190": | [sent an approximately 14 second (00:14) color video with audio of an age difficult |

19

                                             female rubbing a pink-colored cylindrical object over her underwear-covered vaginal area which is the focal point of the video frame. The age difficult female's face and exposed breasts are also visible in the video. An audible vibration can be heard in the background.]

"yungb16115":         [sent an approximately 14 second (00:14) color video with audio of an adult male masturbating.]

"yungb16115":         [sent an approximately 9 second (00:09) color video with audio of an adult male masturbating.]

"yungb16115":         panties off my little whore

"yungb16115":         you didnt finish your job

"yungb16115":         bad little girl

"daddy.little.girl190":          Sorry I went to the mall

"yungb16115":         what did you buy

"daddy.little.girl190":         I just picked things out for my birthday

"yungb16115":         what you pick out baby

"yungb16115":         whens your birthday

"daddy.little.girl190":         The 29th and I just showed him vans I

|                       | wanted and stuff like that |
|-----------------------|-----------------------------|
| "yungb16115":         | Hell yeah baby |
| "yungb16115":         | My little girl will be 15 |
| "daddy.little.girl190": | No ill be 14 |
| "yungb16115":         | you told me you were 14 babe |
| "daddy.little.girl190": | Oh sorry I'm 13 |
| "yungb16115":         | you dont lie to your owner ever again |
| "daddy.little.girl190": | I wont |
| "yungb16115":         | your job is to obey daddy an keep this cock pleased |
| "daddy.little.girl190": | Ok |
| "yungb16115":         | understand |
| "daddy.little.girl190": | Yes |
| "yungb16115":         | good little girl |
| "yungb16115":         | you got that top off for me |
| "yungb16115":         | ignored |
| "yungb16115":         | i got you |
| "yungb16115":         | ignored |
| "yungb16115":         | wow babe |
| "yungb16115":         | been ignoring me |
| "daddy.little.girl190": | Sorry I got my phone taken away |
| "daddy.little.girl190": | [sent an approximately 14 second (00:14) |

21

|  | color video with audio of a pink-colored cylindrical object being inserted into an age difficult female's vagina. An audible vibration can be heard in the background.] |
|---|---|
| "yungb16115": | hey my little girl |
| "yungb16115": | you dont ignore me whore |
| "yungb16115": | bad girl |
| "yungb16115": | hey slut |
| "daddy.little.girl190": | Hi |
| "yungb16115": | why the fuck you always ignore me for whore |
| "daddy.little.girl190": | I'm sorry.. |
| "yungb16115": | no you aint |
| "yungb16115": | see you did it agaim |
| "yungb16115": | Again * |
| "yungb16115": | i miss them titties an that pussy |
| "yungb16115": | so you ignored me all fucking day and night fuck you thats bullshit |
| "yungb16115": | and again |
| "yungb16115": | and again |
| "yungb16115": | wow babe |
| "yungb16115": | hey slut |
| "yungb16115": | hey whore |

"yungb16115":         you there

"yungb16115":         hey

"yungb16115":         you like beast porn

10.     On March 24, 2021, I, together with another FBI agent conducted a consensual interview of MCKENZIE at 1130 Regis Road, Jacksonville, Florida, which was surreptitiously recorded. During the interview MCKENZIE stated in summary and among other things, the following:

a.     MCKENZIE confirmed Chat Application A account with username "yungb1611" and display name "Sean Daddy Mac" to be his and that he is the only one to have access to it. MCKENZIE defined underage or a minor to refer to under the age of 18. MCKENZIE agreed the definition of sexually explicit to entail genitalia and sex acts.

b.     MCKENZIE was shown a screen recording of Chat Application A message conversation between Chat Application A user "yungb16115" and Chat Application A user "daddy.little.girl190" that occurred from January 4, 2021 to February 22, 2021. MCKENZIE said he believed Chat Application A user "daddy.little.girl190" to be 14 years old. He admitted he encouraged her to do sex acts with the vibrator and that he would have asked her to perform sex acts with her brother and would have "possibly" asked her to film it. MCKENZIE admitted he asked the female child to put a sex toy in her anus and film it and send to him. MCKENZIE, after viewing an image sent by the female child within the message conversation, stated he believed her to be 13 or 14 years old. MCKENZIE stated he knew she was

23

underage. MCKENZIE acknowledged sending a video depicting child pornography to the female child. MCKENZIE believed the female child in that video to be 5 years old. MCKENZIE acknowledged asking "daddy.little.girl190" to send naked pictures and described the associated images she sent to him as her "naked." MCKENZIE sent the female child a picture of an adult male masturbating and agreed its purpose was to encourage the female child to send videos he requested. MCKENZIE agreed he instructed the female child to put the vibrator on her clitoris and film it. MCKENZIE sent the female child videos of himself masturbating.

11.    MCKENZIE also admitted to viewing child pornography since he was a teenager. He also said he preferred to obtain child pornography from minor children directly rather than viewing what was already publicly available.

12.    Based upon the foregoing facts, I have probable cause to believe that from on or about January 4, 2021 to February 22, 2021, in the Middle District of Florida, SEAN COREY MCKENZIE, did attempt to employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know

that such visual depiction would be transported and transmitted using any means and

facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e).

                             LEIGH JACKSON, Special Agent
                             Federal Bureau of Investigation

Subscribed and sworn to before me this __26th__ day of March, 2020, at Jacksonville, Florida.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge